# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBERT C. CLIFTON, (01),<br>[DOB: 08/07/1975]<br><br>JAIVON T. BEAMON, (02),<br>[DOB: 01/31/1997]<br><br>CRAIG O. CURNS, (03),<br>[DOB: 02/22/1991]<br><br>and<br><br>HECTOR M. FRIAS, JR., (04),<br>[DOB: 05/26/1993]<br><br>                Defendants. | Case No. 26-00062-01--CR-W-BP<br>**COUNT ONE: All Defendants**<br>*(Conspiracy to Distribute Fentanyl and Cocaine)*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846<br>NLT: 5 Years' Imprisonment<br>NMT: 40 Years' Imprisonment<br>NMT: $5,000,000 Fine<br>NLT: 4 Years' Supervised Release<br>Class B Felony<br><br>and<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNTS TWO, THREE, FOUR, FIVE, SEVEN, NINE, THIRTEEN, FIFTEEN, SEVENTEEN, & NINETEEN:**<br>**Defendants Clifton, Beamon, and Frias, Jr. Only**<br>*(Distribution of Cocaine)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 2<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNTS SIX, ELEVEN, TWELVE, & FOURTEEN:**<br>**Defendants Beamon and Curns Only**<br>*(Distribution of Fentanyl)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 2<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony |

**COUNTS EIGHT, TEN & SIXTEEN:**
**All Defendants**
*(Distribution of Fentanyl)*
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
18 U.S.C. § 2
NLT: 5 Years' Imprisonment
NMT: 40 Years' Imprisonment
NMT: $5,000,000 Fine
NLT: 4 Years' Supervised Release
Class B Felony

**COUNT EIGHTEEN:**
*Defendant Clifton Only*
*(Possession of a Firearm In Furtherance of a Drug Trafficking Crime)*
18 U.S.C. § 924(c)(1)(A)(i)
NLT: 5 Years' Imprisonment
NMT: Life Imprisonment
NMT: $250,000 Fine
NMT: 5 Years' Supervised Release
*Sentence Consecutive to Any Other Sentence*
Class A Felony

$100 Mandatory Special Assessment Each Count of Conviction

ALLEGATION OF CRIMINAL FORFEITURE
21 U.S.C. § 853

**INDICTMENT**

| ROBERT C. CLIFTON, (01) | 1, 15, 16, 17, 18, 19 |
|---|---|
| JAIVON T. BEAMON, (02) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 14 |
| CRAIG O. CURNS, (03) | 1, 6, 8, 10, 11, 12, 14 |
| HECTOR M. FRIAS, JR., (04) | 1, 15, 16 |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*(Conspiracy to Distribute Controlled Substances)*
**ALL DEFENDANTS**

Between on or about October 1, 2025, and February 13, 2026, in the Western District of Missouri and elsewhere, the defendants, **ROBERT C. CLIFTON, JAIVON T. BEAMON, CRAIG O. CURNS, and HECTOR M. FRIAS, JR.**, and others, both known and unknown to the

Grand Jury, did knowingly and intentionally combine, conspire, and confederate with each other to violate the controlled substance laws of the United States.

It was a part and an objective of the conspiracy that the defendants and their co-conspirators would and did distribute and possess and attempt to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

It was also a part and an objective of the conspiracy that the defendants and their co-conspirators would and did distribute and possess and attempt to possess with intent to distribute some quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about October 10, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about October 20, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about October 28, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about November 5, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX
*(Distribution of Fentanyl)*
**BEAMON & CURNS ONLY**

On or about November 5, 2025, within the Western District of Missouri, the defendants, **JAIVON T. BEAMON** and **CRAIG O. CURNS**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about November 13, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT
*(Distribution of Fentanyl)*
**BEAMON & CURNS ONLY**

On or about November 13, 2025, within the Western District of Missouri, the defendants, **JAIVON T. BEAMON** and **CRAIG O. CURNS**, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT NINE
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about November 20, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TEN
*(Distribution of Fentanyl)*
**BEAMON & CURNS ONLY**

On or about November 20, 2025, within the Western District of Missouri, the defendants, **JAIVON T. BEAMON** and **CRAIG O. CURNS**, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT ELEVEN
*(Distribution of Fentanyl)*
**CURNS ONLY**

On or about December 10, 2025, within the Western District of Missouri, the defendant, **CRAIG O. CURNS**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWELVE
*(Distribution of Fentanyl)*
**CURNS ONLY**

On or about December 10, 2025, within the Western District of Missouri, the defendant, **CRAIG O. CURNS**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THIRTEEN
*(Distribution of Cocaine)*
**BEAMON ONLY**

On or about December 30, 2025, within the Western District of Missouri, the defendant, **JAIVON T. BEAMON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOURTEEN
*(Distribution of Fentanyl)*
**BEAMON & CURNS ONLY**

On or about December 30, 2025, within the Western District of Missouri, the defendants, **JAIVON T. BEAMON** and **CRAIG O. CURNS**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
*(Distribution of Cocaine)*
**CLIFTON & FRIAS ONLY**

On or about January 22, 2026, within the Western District of Missouri, the defendants, **ROBERT C. CLIFTON** and **HECTOR M. FRIAS, JR.**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
*(Distribution of Fentanyl)*
**CLIFTON & FRIAS ONLY**

On or about January 22, 2026, within the Western District of Missouri, the defendants, **ROBERT C. CLIFTON** and **HECTOR M. FRIAS, JR.**, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN
*(Distribution of Cocaine)*
**CLIFTON ONLY**

On or about January 27, 2026, within the Western District of Missouri, the defendant, **ROBERT C. CLIFTON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHTEEN
*(Possession of Firearms in Furtherance of Drug Trafficking Crime)*
**CLIFTON ONLY**

On or about January 27, 2026, within the Western District of Missouri, the defendant, **ROBERT C. CLIFTON**, did in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, did knowingly and intentionally possess firearms, to wit: two AR-15 style firearms and one handgun, contrary to the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT NINETEEN
*(Distribution of Cocaine)*
**CLIFTON ONLY**

On or about February 5, 2026, within the Western District of Missouri, the defendant, **ROBERT C. CLIFTON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of committing the controlled substance offense alleged in Count One of this Indictment, **ROBERT C. CLIFTON, JAIVON T. BEAMON, CRAIG O. CURNS, and HECTOR M. FRIAS, JR.**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property, real and personal, constituting or derived from any proceeds said defendants obtained directly and indirectly as a result of the violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the said violation,

including but not limited to: firearms, specifically a Walther handgun, .380 caliber, and serial number WM022268, and a PA15, Multirifle with Black scope, and serial number SCP273568, and all associated ammunition; and a money judgment representing all proceeds the defendants obtained directly and indirectly as a result of his or her participation in the drug conspiracy alleged in Count One of this Indictment.

### Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853; and Rule 32.2(a) Federal Rules of Criminal Procedure.

A TRUE BILL.

February 25, 2026
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Ashleigh A. Ragner*
Ashleigh A. Ragner
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri