*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**          **Matter to be Sealed**

Jackson / Western                                   ☐ Secret Indictment
                                                    ☐ Juvenile

**Defendant Information**

Defendant Name:          Robert C. Clifton (01)

Alias Name:

Birth Date:              08/07/1975

**Related Case Information**

Superseding Information/Indictment?   ☐ Yes   ■ No   If yes, original case number:

New Defendant(s)?        ■ Yes   ☐ No

Prior Complaint Case Number, if any:   26-MJ-00017-01/04-JAM (WBG)

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**(S)AUSA  Ragner, Ashleigh A.**

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:     2/20/2026

■ Currently in Federal Custody          **Writ Required?**      ☐ Yes   ■ No
☐ Currently in State Custody
☐ Currently on Bond                     **Warrant Required?**   ☐ Yes   ■ No

**U.S.C. Citations**
Total # of Counts          6

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|---------------------------------------------|----------|
| 1 | 21:846=CD.F Conspiracy to Distribute Fentanyl and Cocaine | 1 |
| 2 | 21:841C=CD.F Distribution of Cocaine | 15, 17, 19 |
| 3 | 21:841B=CD.F Distribution of Fentanyl | 16 |
| 4 | 18:924C.F Possession of Firearms in Furtherance of Drug Trafficking Crime | 18 |

(May be continued on reverse)

revised: 05/21/2025

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|---------------------------------------------|----------|
| 5 | 21:853.F Criminal Forfeiture | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |