# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**          **Matter to be Sealed**
Jackson / Western                                    ☐ Secret Indictment
                                                     ☐ Juvenile

**Defendant Information**

Defendant Name: Jaivon T. Beamon (02)

Alias Name:

Birth Date: 01/31/1997

**Related Case Information**

Superseding Information/Indictment? ☐ Yes ■ No  If yes, original case number:
New Defendant(s)? ■ Yes ☐ No
Prior Complaint Case Number, if any: 26-MJ-00017-01/04-JAM (WBG)
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

(S)AUSA  Ragner, Ashleigh A.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ■ No
**Warrant Required?** ■ Yes ☐ No

**U.S.C. Citations**

Total # of Counts   12

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F Conspiracy to Distribute Fentanyl and Cocaine | 1 |
| 2 | 21:841C=CD.F Distribution of Cocaine | 2, 3, 4, 5, 7, 9, 13 |
| 3 | 21:841C=CD.F Distribution of Fentanyl | 6, 8, 14 |
| 4 | 21:841B=CD.F Distribution of Fentanyl | 10 |

(May be continued on reverse)

revised: 05/21/2025

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 21:853.F Criminal Forfeiture | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |