# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**      **Matter to be Sealed**
☐ Secret Indictment
Jackson / Western     ☐ Juvenile

**Defendant Information**

Defendant Name: Craig O. Curns (03)

Alias Name:

Birth Date: 2/22/1991

**Related Case Information**

Superseding Information/Indictment? ☐ Yes  ☒ No  If yes, original case number: _____
New Defendant(s)? ☒ Yes  ☐ No
Prior Complaint Case Number, if any: 26-MJ-00017-01/04-JAM (WBG)
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**(S)AUSA Ragner, Ashleigh A.**

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ☒ No
**Warrant Required?** ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts: 7

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F Conspiracy to Distribute Fentanyl and Cocaine | 1 |
| 2 | 21:841C=CD.F Distribution of Fentanyl | 6, 8, 11, 12, 14 |
| 3 | 21:841B=CD.F Distribution of Fentanyl | 10 |
| 4 | 21:853.F Criminal Forfeiture | |

(May be continued on reverse)

revised: 05/21/2025