*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**     **Matter to be Sealed**

Jackson / Western                              ☐ Secret Indictment
                                               ☐ Juvenile

**Defendant Information**

Defendant Name: Hector M. Frias, Jr. (04)

Alias Name:

Birth Date: 05/26/1993

**Related Case Information**

Superseding Information/Indictment? ☐ Yes  ☒ No  If yes, original case number:
New Defendant(s)? ☒ Yes  ☐ No
Prior Complaint Case Number, if any: 26-MJ-00017-01/04-JAM (WBG)
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**(S)AUSA Ragner, Ashleigh A.**

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date: 2/20/2026

☒ Currently in Federal Custody        **Writ Required?**    ☐ Yes  ☒ No
☐ Currently in State Custody           **Warrant Required?** ☐ Yes  ☒ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts    3

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F Conspiracy to Distribute Fentanyl and Cocaine | 1 |
| 2 | 21:841C=CD.F Distribution of Cocaine | 15 |
| 3 | 21:841B=CD.F Distribution of Fentanyl | 16 |
| 4 | 21:853.F Criminal Forfeiture | |

(May be continued on reverse)                revised: 05/21/2025